Form nhrg

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

---

David J. Rofkahr, et al.
Plaintiff

v.

Citizens Bank & Trust Company,
Defendant

Adv. Proc. No. 2:24–ap–07047     Judge: Bianca M Rucker

In Re:  David J. Rofkahr and Stephanie L. Rofkahr
Debtor

Bankruptcy Case No.: 2:23–bk–71703
Chapter 13

---

PLEASE TAKE NOTICE that a Trial has been scheduled before Judge Bianca M Rucker at

U.S. Federal Building, 35 E. Mountain St., 4th Floor, Room 416, Fayetteville, AR 72701

on 10/8/25 at 09:00 AM

to consider and act upon the following:

*1* – Adversary case 2:24–ap–07047. Complaint by David J. Rofkahr, Stephanie L. Rofkahr against Citizens Bank & Trust Company. Fee Amount (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11) Nature of Suit: (21 (Validity, priority or extent of lien or other interest in property)) (14 (Recovery of money/property – other)) (Hubbard, William)

*5* – Answer to Complaint Filed by M. Sean Brister on behalf of Defendant Citizens Bank & Trust Company (Brister, M.)

If this is a TELEPHONIC HEARING, then please contact Angie Carter, Judge Rucker's Courtroom Deputy, at angela_squires@arwb.uscourts.gov or 479–582–9801, at least 24 hours prior to the telephonic hearing to request a link that will enable you to listen to or participate in the hearing.

If a matter scheduled for hearing by this notice is a contested matter under Fed. R. Bankr. P. 9014, parties are hereby notified, in accordance with Fed. R. Bankr. P. 9014(e), that the scheduled hearing will be an evidentiary hearing at which witnesses may testify.

Dated: 5/30/25

Linda McCormack, Clerk
By:
Angie R. Carter
Deputy Clerk