# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

| | |
|---|---|
| IN RE: DAVID ROFKAHR and STEPHANIE ROFKAHR DEBTOR(S) | NO. 2:23-bk-71703 CH.13 |
| DAVID ROFKAHR; and STEPHANIE ROFKAHR | PLAINTIFFS |
| V. AP No: 2:24-ap-07047 | |
| CITIZENS BANK & TRUST COMPANY | DEFENDANT |

## MOTION TO CONTINUE TRIAL

Comes now Defendant, Citizens Bank & Trust Company, by and through its attorney, M. Sean Brister of Brister Law Firm, PLLC and moves the Court for a continuance of the currently scheduled trial.

Presently, this matter is scheduled for a three-day trial beginning October 8, 2025. The parties have outstanding discovery matters and ongoing settlement negotiations that necessitate the need for a continuance of this matter. The matter has not been previously continued. The parties have conducted written discovery and taken multiple depositions in this matter, so the discovery process has been moving forward. The request for a continuance is necessary and not for any improper purpose.

Both parties by agreement previously postponed scheduled depositions of the debtors and a representative of Citizens Bank for purposes of conserving expenses while settlement negotiations continued. Those depositions have not been rescheduled and that testimony is critical prior to trial in this matter.

In addition, Debtors currently have a document inspection scheduled for Tuesday, September 30, 2025, with Citizens Bank. It is unclear what may develop from that inspection, but counsel for both parties believe that it may lead to further progress in settlement negotiations. It also may lead to the need for further discovery.

Debtors oppose this request.

Wherefore, Citizens Bank & Trust Company prays that this Court continue the currently scheduled trial in this matter to allow time for the completion of discovery and the possibility of settlement in this matter and for all other relief to which it may be entitled.

*Respectfully submitted*,

Citizens Bank & Trust Company, Defendant

By:_____
M. Sean Brister
Brister Law Firm, PLLC
P.O. Box 1451
Alma, AR 72921
ABA # 2003160
(479) 632-2446 *telephone*
(479)632-2447 *facsimile*
sean@bristerlawfirm.com

CERTIFICATE OF SERVICE

The undersigned certifies that on this  29th  day of  September  2025, a copy of the foregoing pleading has been served upon the following parties or their counsel at the address below either by first class mail with sufficient postage to ensure delivery thereof or via the Court's electronic efile system.

Wm. Marshall Hubbard
Hall, Estill, Hardwick, Gable, Golden, & Nelson, P.C.
75 North East Avenue, Ste. 500
Fayetteville, AR 72701
mhubbard@hallestill.com

Joyce Bradley Babin, Chapter 13 Trustee
P.O. Box 8064
Little Rock, AR 72203-8064

_____
M. Sean Brister