## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

| | |
|---|---|
| IN RE: DAVID ROFKAHR and STEPHANIE ROFKAHR DEBTOR(S) | NO. 2:23-bk-71703 CH. 13 |
| DAVID ROFKAHR and STEPHANIE ROFKAHR | PLAINTIFFS |
| V. | AP. NO: 2:24-ap-07047 |
| CITIZENS BANK & TRUST COMPANY | DEFENDANT |

### OBJECTION TO MOTION TO CONTINUE TRIAL

Comes now the Plaintiffs-Debtors, by and through their attorneys, Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., and for their Objection to Motion to Continue Trial, state the following:

1. Debtors admit that this would be the first continuance of the trial date.

2. This proceeding has been pending for a year since September 2024.

3. There has been sufficient time to conduct any discovery for both parties.

4. Debtors admit that there is a meeting scheduled on September 30, 2025 that could result in a potential resolution for this matter, but a settlement between the parties is not currently in place at this time.

5. The current dispute between the parties has been ongoing for multiple years prior to the filing of this bankruptcy and has caused significant stress for the Plaintiffs.

6. Debtors are prepared to present their case to the Court in hopes of obtaining a resolution.

7. For these reasons, the Debtors oppose the continuance being granted.

**WHEREFORE**, Debtors pray that the Court deny the Motion to Continue and that the Court proceed with the scheduled trial and all other relief to which the Debtors are entitled.

Respectfully Submitted,

Hall, Estill, Hardwick, Gable, Golden, & Nelson, P.C.
75 N. East Ave., Suite 500
Fayetteville, AR 72701
mhubbard@hallestill.com
Tel: 479-935-5200

By: */s/Wm. Marshall Hubbard*
    Wm. Marshall Hubbard (2011285)

### CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that true and correct copies of the Objection to Motion for Continuance have been served on all interested parties by the Court's electronic filing system on September 29, 2025.

*/s/Wm. Marshall Hubbard*
Wm. Marshall Hubbard