UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| IN RE: DAVID ROFKAHR and STEPHANIE ROFKAHR DEBTOR(S) | NO. 2:23-bk-71703 CH.13 |
| DAVID ROFKAHR; and STEPHANIE ROFKAHR | PLAINTIFFS |
| V.      AP No: 2:24-ap-07047 | |
| CITIZENS BANK & TRUST COMPANY | DEFENDANT |

### ORDER TO CONTINUE TRIAL

All premises considered and for good cause shown, the trial in this matter currently scheduled to begin on October 8, 2025, is hereby continued. The matter shall be reset by further order of this Court.

IT IS SO ORDERED.

Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 10/06/2025

Prepared by:

M. Sean Brister, *Attorney for Citizens Bank & Trust Company*